PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
| --- |
| 95-00003-002 |

| DOCKET NUMBER (Rec. Court) |
| --- |
| 05-00037 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| ROSARIO LEON GUERRERO | NORTHERN MARIANAS ISLANDS | 09/94 |

| NAME OF SENTENCING JUDGE |
| --- |
| ALEX R. MUNSON |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| --- | --- | --- |
| Supervised Release | March 2, 2005 | March 1, 2008 |

**OFFENSE**

Importation of a Schedule II Controlled Substance, in violation of 21 U.S.C. §§952(a), 960 and 960; Possession with Intent to Distribute a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

FILED
DISTRICT COURT OF GUAM
MAY 11 2005
MARY L.M. MORAN
CLERK OF COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___U.S. District Court___ DISTRICT OF ___Northern Marianas Islands___

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Guam___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___4-22-2005___
Date

___Alex R. Munson___
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

RECEIVED
MAY -6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

___May 11, 2005___
Effective Date

___David O. Carter___ *
United States District Judge

*The Honorable David O. Carter, United States District Court Judge for the Central District of California, by Designation.

Case 1:05-cr-00037 Document 1 Filed 05/11/2005 Page 1 of 1

ORIGINAL