PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

**Report on Offender Under Supervision**

| | | |
|---|---|---|
| Name of Offender: | **Rosario Leon Guerrero** | Case Number: **CR 05-00037-001** |

Name of Sentencing Judicial Officer:   Alex R. Munson

Date of Original Sentence:   July 21, 1995

Original Offense: Importation of Schedule II Controlled Substance, in violation of Title 18, United States Code, Sections 952(a) and 960, and Possession with Intent to Distribute a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

Original Sentence: Eighteen months imprisonment, four years supervised release, and participation in a substance abuse program to include random urinalysis. On May 29, 1997, conditions were modified to include performance of 50 hours of community service. On October 15, 1998, conditions were modified to include 300 hours of community service, obtain and maintain gainful employment provide a statement on her monthly supervision report of efforts she has made to find employment, and inform probation officer of whereabouts if she relocates. On September 8, 1999, supervised release was revoked. She was sentenced to six months imprisonment with 54 months of supervised release to follow. She was ordered to participate in a substance abuse program to include testing, perform the remaining balance of community service, enroll in an educational program to obtain her high school diploma or its equivalence, and obtain and maintain employment. On March 21, 2002 conditions were modified and the special condition to enroll in an educational program was deleted from the terms of supervised release. On November 26, 2003, supervised release was revoked for 18 months and a 36 month term of supervised release was ordered to include the conditions that she participate in a substance abuse treatment, refrain from the use of alcohol and perform 200 hours of community service.

Type of Supervision:   Supervised Release        Date Supervision Commenced:  March 2, 2005

## NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Arrest for Possession of a Controlled Substance, in violation of 18 U.S.C.§3563. |

On February 24, 2007, Rosario Leon Guerrero was arrested for the offense of Possession of a Schedule II Controlled Substance. Guam Police Department Report Number 07-5599, outlined the offense as follows:

> On February 24, 2007, Guam Police Department Officers while on Ysengsong Road, observed a 1992 Nissan Sentra drifting from the outer lane. A traffic stop was conducted and the operator, Rosario Leon Guerrero was asked to take a standard field sobriety test. Upon exiting the vehicle, Ms. Leon Guerrero was observed wrapping a jacket around her waist. The officer asked her to remove the jacket and she tossed it to the back seat. A search of the backseat yielded what appeared to be a fabricated glass pipe, used for smoking ice. She was patted down and a 2 ½ straw, cut at both ends, with suspected methamphetamine, and suspected marijuana seeds were retrieved from her pocket. Ms. Leon Guerrero was transported to Hagatna Precinct for further investigations.

Ms. Leon Guerrero was arrested for the offense of Possession of a Schedule II Controlled Substance. She was booked and released, and was provided a notice to appear in the Superior Court of Guam on February 17, 2010 at 9:00 a.m.

Ms. Leon Guerrero is under dual supervision with the U.S. Probation Office and Superior Court of Guam and has consistently tested negative for the use of controlled substances. A drug test was conducted on February 27, 2007 by the Superior Court of Guam Probation Office and was negative for the use of controlled substances. She continues to participate in substance abuse treatment.

This report is for informational purposes only. It is respectfully requested that no action be taken at this time.

Reviewed by:                                                                 Respectfully submitted,

/s/ CARMEN D. O'MALLAN                                  by:   /s/ GRACE D. FLORES
U.S. Probation Officer Specialist                                    U.S. Probation Officer
Supervision Unit Leader

Date:   November 21, 2007                                              Date:   November 21, 2007

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐  Submit a Request for Modifying the Condition of Term of Supervision

☐  Submit a Request for Warrant or Summons

☒  Other  No Action



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jul 15, 2008**